## Edmonds, Appellant, *v.* Picard.

Argued November 16,

1966. *Francis S. McQuilkin,* for appellant; *Gerald C. Paris,* for appellee.

Order affirmed.